# Exhibit 1

FILED

MAY 09 2014

Tammy M. Howard, Cl...
Superior & State Court
Douglas County, GA

| | |
|---|---|
| KENNETH DAVID MELTON<br>and MARY ELIZABETH<br>MELTON, Individually, and as<br>Administrators of the Estate of<br>JENNIFER BROOKE MELTON,<br>deceased,<br><br>    Plaintiffs,<br>v.<br><br>THORNTON CHEVROLET,<br>INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 13SV00464<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiffs Kenneth David Melton and Mary Elizabeth Melton, Individually, and as Administrators of the Estate of Jennifer Brooke Melton, Deceased, and hereby voluntarily dismisses this action without prejudice.

**RESPECTFULLY SUBMITTED** this 9th day of May 2014.

              THE COOPER FIRM

              */s/ Lance A. Cooper*
              LANCE A. COOPER
              Georgia State Bar No. 186100
              **Attorney for Plaintiff**

531 Roselane Street, Suite 200
Marietta, GA 30060
(770) 427-5588

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing on counsel of record by mail to the following:

Matthew P. Stone
Shawn N. Kalfus
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
*Attorneys for Thornton Chevrolet, Inc.*

This 9th day of May 2014.

THE COOPER FIRM

*Lance A. Cooper*

LANCE A. COOPER
Georgia Bar No. 186100   w/ express permission (by) 814440
**Attorneys for Plaintiffs**

531 Roselane Street, Suite 200
Marietta, GA 30060
(770) 427-5588

SHERROD & BERNARD, P.C.

*Kenneth R. Bernard, Jr.*

**Kenneth R. Bernard, Jr.**
Georgia Bar No. 054844   w/ express permission (by) 814440
**Attorneys for Plaintiffs**

8470 Price Avenue
P.O. Box 1154
Douglasville, Georgia 30133-1154
(770) 920-8350



**SHERROD+BERNARD**

REPUTATION. RESPECT. RESULTS.℠

hfield@sherrodandbernard.com  
WRITER'S DIRECT EMAIL

May 9, 2014

FILED

MAY 09 2014

Jimmy M. Howard, Cl.
Superior & State Court
Douglas County, GA

VIA HAND DELIVERY
State Court of Douglas County
Douglas County Courthouse
8700 Hospital Drive - Main Floor
Douglasville, Georgia 30134

RE: <u>Kenneth David Melton and Mary Elizabeth Melton, Individually, and as Administrators of the Estate of Jennifer Brooke Melton, deceased vs. Thornton Chevrolet, Inc.</u>
State Court of Douglas County
Civil Action File No.: 13SV00464

Dear Clerk of Court:

Enclosed please find the original and one (1) copy of a Notice of Voluntary Dismissal Without Prejudice in connection with the above-referenced matter. Please file said document with your office. Thank you in advance for your attention to this matter.

Should you have any questions or concerns, please do not hesitate to contact me.

Best regards,

Very truly yours,

SHERROD & BERNARD, P. C.

Hannah Field,
Paralegal to Kenneth R. Bernard, Jr.

/hf
Enclosures
cc: Matthew P. Stone, Esquire
    Shawn N. Kalfus, Esquire
    Lance A. Cooper, Esquire

A PROFESSIONAL CORPORATION

8470 PRICE AVE., P.O. BOX 1154 • DOUGLASVILLE, GA 30133-1154 • (770) 920-8350 • FAX (770) 920-8970 • WWW.SHERRODANDBERNARD.COM